Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
JACQUELINE DENISE FRANCIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JACQUELINE DENISE FRANCIS | Case No.: 2:17-cv-01993-AC |
| Plaintiff, | [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include April 2, 2018, in which to file Plaintiff's Motion for Summary Judgment; and that all other deadlines set forth in the September 27, 2017 Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

DATE: February 28, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE