UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE DENISE FRANCIS,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Commissioner of the Social Security Administration,<br><br>Defendant. | No. 2:17-cv-1993 AC<br><br><br><br>ORDER |

On February 28, 2018, this court granted Plaintiff an extension of time to April 2, 2018 to file her motion for summary judgment. ECF 12. That deadline has now passed, and plaintiff has not filed the anticipated motion. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, within 14 days, why his failure to file a motion for summary judgment should not be deemed a waiver of the right to file such a motion at any time, and why this case should not be dismissed for failure to prosecute.

DATED: April 4, 2018

*(signature)*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE