# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE DENISE FRANCIS, | No. 2:17-cv-1993 AC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| NANCY A. BERRYHILL, Commissioner of the Social Security Administration, | |
| Defendant. | |

The court has reviewed plaintiff's response, ECF No. 14, to this court's April 4, 2018 Order To Show Cause, ECF No. 13. For good cause shown in the response, IT IS HEREBY ORDERED that:

1. The Order To Show Cause (ECF No. 13) is hereby DISCHARGED in its entirety;

2. Defendant's opposition to plaintiff's motion for summary judgment (ECF No. 15), if any, shall be filed within 30 days of service of plaintiff's motion.

DATED: April 18, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE