# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACQUELINE DENISE FRANCIS, | ) | Case No.: Case 2:17-cv-01993-AC |
| Plaintiff, | ) ) | {~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) | |
| Defendant | ) ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that (1) the order at ECF No. 21 is STRICKEN per plaintiff's notice of errata, and (2) fees and expenses in the amount of $3,950.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: April 3, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-1-